IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL O'NEAL,<br><br>               Plaintiff,<br><br>vs.<br><br>VICKI PIKE, et al.,<br><br>              Defendants. | Case No. CIV S-01-0461 JKS P<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Court finds that there is no just reason for delay and that this judgment is immediately appealable.

APPROVED:

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

July 5, 2005

         Date

Jack L. Wagner, Clerk

         Clerk

(By) Deputy Clerk

1