# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL O'NEAL,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>VICKI PIKE; et al.,<br><br>    Defendants - Appellees. | No. 05-16561<br>D.C. No. CV-01-00461-JKS<br><br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith   [X]

Explanation: The claims against Pike and Dr. Douglas appear frivolous.

_____
Judge
United States District Court

Date: 9/13/05