IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL O'NEAL,<br><br>             Plaintiff,<br><br>  vs.<br><br>VICKI PIKE, et al.,<br><br>             Defendant. | Case No. CIV S-01-0461 (JKS)<br><br>O R D E R |

    This is a § 1983 action brought by prisoner Plaintiff Nigel O'Neal. On July 5, 2005, this Court granted summary judgment and entered judgment in favor of the Defendants. Docket Nos. 116; 117. On August 9, 2005, O'Neal filed his notice of appeal. Docket No. 118. He subsequently filed a motion to proceed with his appeal in forma pauperis because he is unable to afford the costs associated with the appeal. Docket No. 121. He provides documentary evidence to that effect.

    Section 1915 (a)(3) of Title 28 prevents a prisoner from obtaining in forma pauperis status on appeal if the trial court determines that the appeal is "not taken in good faith." On September 14, 2005, this Court determined that the appeal was not taken in good faith, but rather, appeared frivolous. Docket No. 122. Accordingly, the motion to proceed in forma pauperis at **Docket No. 121** is **DENIED**.

1

**IT IS SO ORDERED.**

Dated at Anchorage, Alaska, this __20__ day of September, 2005.

/s/ James K. Singleton

**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER
C:\Documents and Settings\MKrueger\Local Settings\Temp\notes101AA1\S-01-0461.010.wpd