**MINUTES OF THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

*O'Neal v. Pike, et al.*
Case No. S-01-0461 CV (JKS)

By:                        THE HONORABLE JAMES K. SINGLETON

PROCEEDINGS:        ORDER FROM CHAMBERS

Nigel O'Neal has requested a complete docket sheet.  Docket No. 124.

**IT IS THEREFORE ORDERED:**

The Clerk is instructed to mail Mr. O'Neal a docket sheet in the above-numbered case.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: November 7, 2005

C:\Documents and Settings\MKrueger\Local Settings\Temp\notes101AA1\S-01-0461.011.wpd